IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01462-WYD-MEH

SHERYL F. OTIS,

    Plaintiff,

v.

RBK CONSTRUCTION, INC.; and
LAWRENCE A. MEDILL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal (filed March 3, 2010). The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P.(a)(1)(A)(ii). Having reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

Dated: March 4, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge